# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 5, 2025

## NO. 03-24-00130-CV

**Andrew Coney; Mitchell Walker; Brett Udland; Capital City Drug, LLC; and Axia Medical Solutions, LLC, Appellants**

**v.**

**Prodigy Health, LLC, Appellee**

### APPEAL FROM 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
### AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
### OPINION BY JUSTICE THEOFANIS

This is an appeal from the interlocutory order signed by the trial court on February 21, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court affirms in part and reverses in part the trial court's order entering the temporary injunction. Specifically, we reverse subsection (g) as it pertains to Walker, subsection (h) as it pertains to Walker, Udland, and Axia, and to the extent that it imposes an indefinite restriction on Coney, and subsection (i) in its entirety. We remand this matter to the trial court for further proceedings consistent with this Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.